*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Scott Edwin Lane and
Cynthia Lane
      Debtor(s)

Case No: 15–15988–elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 1756 Stony Garden Road, Kintnersville, PA 18930. Fee Amount $181.00, Filed by PNC Bank, National Association Represented by REBECCA ANN SOLARZ

     on: 10/31/17

     at: 09:30 AM

     in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/5/17

Timothy B. McGrath
Clerk of Court