United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Edwin Lane  
Cynthia Lane  
    Debtors

Case No. 15-15988-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela     Page 1 of 1     Date Rcvd: Oct 05, 2017  
                        Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db/jdb       +Scott Edwin Lane,    Cynthia Lane,    1756 Stony Garden Road,    Kintnersville, PA 18930-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:04:22  
      PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067  
cr         E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:52:44      Synchrony Bank,  
      c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
      Miami, FL 33131-1605

                                                                                                    TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association  
         agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         DAVID W. TIDD    on behalf of Joint Debtor Cynthia Lane bankruptcy@davidtiddlaw.com  
         DAVID W. TIDD    on behalf of Debtor Scott Edwin Lane bankruptcy@davidtiddlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                         TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Scott Edwin Lane and
Cynthia Lane
        Debtor(s)

Case No: 15–15988–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 1756 Stony Garden Road, Kintnersville, PA 18930. Fee Amount $181.00, Filed by PNC Bank, National Association Represented by REBECCA ANN SOLARZ

on: 10/31/17

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

56 – 53
Form 167