## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cynthia Lane<br>        Scott Edwin Lane aka Scott E. Lane<br>                        Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>                        Movant<br>        vs. | NO. 15-15988 JKF |
| Cynthia Lane<br>Scott Edwin Lane aka Scott E. Lane<br>                        Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                        Trustee | |

### ORDER

AND NOW, this 31st day of October, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1756 Stony Garden Road, Kintnersville, PA 18930 ("Property), as to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**