United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Edwin Lane  
Cynthia Lane  
     Debtors

Case No. 15-15988-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 31, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.  
db/jdb       +Scott Edwin Lane,    Cynthia Lane,    1756 Stony Garden Road,    Kintnersville, PA 18930-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:

         ANDREW F GORNALL     on behalf of Creditor    PNC Bank, National Association  
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         DAVID W. TIDD     on behalf of Joint Debtor Cynthia   Lane bankruptcy@davidtiddlaw.com  
         DAVID W. TIDD     on behalf of Debtor Scott Edwin Lane bankruptcy@davidtiddlaw.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    PNC Bank, National Association  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO     on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                      TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cynthia Lane<br>         Scott Edwin Lane aka Scott E. Lane<br>                          Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>                          Movant<br>             vs.<br>Cynthia Lane<br>Scott Edwin Lane aka Scott E. Lane<br>                          Debtors<br><br>William C. Miller Esq.<br>                          Trustee | NO. 15-15988 JKF<br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 31st day of October, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1756 Stony Garden Road, Kintnersville, PA 18930 ("Property), as to Movant, its successors or assignees.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**