# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Lane<br>　　　Scott Edwin Lane aka Scott E. Lane<br>　　　　　　Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　Movant<br>　　vs. | NO. 15-15988 ELF |
| Cynthia Lane<br>Scott Edwin Lane aka Scott E. Lane<br>　　　　　　Debtors | |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## **ORDER**

　　AND NOW, this  9th  day of  January , 2017, it is:

　　**ORDERED** THAT: the Order entered October 31, 2017 granting Movant Relief from the Automatic Stay is hereby **VACATED** and the Automatic Stay as provided under 11 U.S.C. Section 362, is hereby reinstated as to PNC Bank, National Association with respect to the subject premises located at 1756 Stony Garden Road, Kintnersville, PA 18930 ("Property) without prejudice of Movant;s rights to seek relief in the future as applicable by law.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Cynthia Lane
1756 Stony Garden Road
Kintnersville, PA 18930

Scott Edwin Lane aka Scott E. Lane
1756 Stony Garden Road
Kintnersville, PA 18930

David W. Tidd Esquire
516 Main Street
Hellertown, PA 18055

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532