United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Edwin Lane  
Cynthia Lane  
    Debtors

Case No. 15-15988-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jan 10, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db/jdb         +Scott Edwin Lane,    Cynthia Lane,    1756 Stony Garden Road,    Kintnersville, PA 18930-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DAVID W. TIDD    on behalf of Joint Debtor Cynthia Lane bankruptcy@davidtiddlaw.com  
         DAVID W. TIDD    on behalf of Debtor Scott Edwin Lane bankruptcy@davidtiddlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cynthia Lane<br>        Scott Edwin Lane aka Scott E. Lane<br>                        Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>                        Movant<br>        vs. | NO. 15-15988 ELF |
| Cynthia Lane<br>Scott Edwin Lane aka Scott E. Lane<br>                        Debtors | |
| William C. Miller Esq.<br>                        Trustee | |

**ORDER**

AND NOW, this  9th  day of  January , 2017, it is:

**ORDERED** THAT: the Order entered October 31, 2017 granting Movant Relief from the Automatic Stay is hereby **VACATED** and the Automatic Stay as provided under 11 U.S.C. Section 362, is hereby reinstated as to PNC Bank, National Association with respect to the subject premises located at 1756 Stony Garden Road, Kintnersville, PA 18930 ("Property) without prejudice of Movant;s rights to seek relief in the future as applicable by law.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

Cynthia Lane
1756 Stony Garden Road
Kintnersville, PA 18930

Scott Edwin Lane aka Scott E. Lane
1756 Stony Garden Road
Kintnersville, PA 18930

David W. Tidd Esquire
516 Main Street
Hellertown, PA 18055

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532