# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 15-15988-ELF

SCOTT EDWIN LANE
CYNTHIA LANE
1756 STONY GARDEN ROAD

KINTNERSVILLE, PA 18930

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SCOTT EDWIN LANE
    CYNTHIA LANE
    1756 STONY GARDEN ROAD

    KINTNERSVILLE, PA 18930

Counsel for debtor(s), by electronic notice only.

    DAVID W TIDD
    PO BOX 6643

    WYOMISSING, PA 19610-

Date: 5/11/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee