Scott & Cynthia Lane

1756 Stony Garden Road

Kintnersville, PA 18930

215-527-3472


William C. Miller, Trustee

PO Box 1229

Phila, PA 19105

Sent via email and facsimile


Bankruptcy No.  15-15988-ELF


Dear Mr. Miller,

I am in receipt of the Motion to Dismiss and I'm personally responding on our behalf.  Due to income taxes due in April 2018 and outstanding medical bills, we fell behind in our payments.  I will be mailing a certified check in the amount of $4446.40 to cover March, April, May and June to bring our account up to date.  This check will be mailed tomorrow, May 25, 2018.  Our son is graduating from middle school on June 12th and we are unable to attend this meeting.  I'm hoping since we'll be paid up, the meeting will be canceled.

If you need to speak with me, my cell is 215-527-3472.


Thanks for your time,

Cynthia Lane


Cc:  David W Tidd

FILED

MAY 2 9 2018

TIMOTHY McGRATH, CLERK
BY ___ DEP CLERK