Cynthia & Scott Lane

1756 Stony Garden Road

Kintnersville, PA 18930

June 1, 2018

Clerk, US Bankruptcy Court

U.S. Bankruptcy Court

900 Market St

Phila, PA 19107

Sent via fax and regular mail

    Re: Case No. 15-15988

To Whom It May Concern:

I am representing myself for this matter. Due to income taxes due in April 2018 and outstanding medical bills, I was behind in my car payments to Chase. I took a loan from my 401k to bring my account up to date. Three payments of $445 were made to Chase during the month of May, 2018. On 5/29/18 Chase processed a payment in the amount of $1323.78 to bring my account up to date. The confirmation number is I461625. My next payment of $442.76 is due July 2018.

I will assume that the hearing on June 12, 2018 will be canceled since my account is up to date and I will continue to make my monthly payments as I only have a year left before the loan is paid in full.

Sincerely,

*Cynthia Lane*

Cynthia Lane

Cc: United States Trustee

    William C. Miller

    Manley Deas Kochalski LLC

    David Tidd, Esquire

JUN 4 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 15-15988 |
| Scott Edwin Lane AKA Scott E. Lane | Chapter 13 |
| Cynthia Lane | Judge Eric L. Frank |
| | ******************* |
| Debtor(s) | |
| | |
| JPMorgan Chase Bank, N.A. | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | June 19, 2018 at 09:30 a.m. |
| | |
| Scott Edwin Lane AKA Scott E. Lane | U.S. Bankruptcy Court |
| Cynthia Lane | 900 Market Street, Courtroom #1 |
| | Philadelphia, PA, 19107 |
| William C. Miller | |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess 2014 Subaru Outback VIN #4S4BRBDC8E3270349 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

David W. Tidd, Attorney for Scott Edwin Lane AKA Scott E. Lane and Cynthia Lane, 656 Ebersole Road, Reading, PA 19605, bankruptcy@davidtiddlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 23, 2018:

Scott Edwin Lane AKA Scott E. Lane and Cynthia Lane, 1756 Stony Garden Road, Kintnersville, PA 18930

DATE: May 23, 2018

18-013306_EJS1