**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 15-15988 |
| **Scott Edwin Lane AKA Scott E. Lane** | : | Chapter 13 |
| **Cynthia Lane** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | July 17, 2018 at 09:30 a.m. |
| | : | |
| **Scott Edwin Lane AKA Scott E. Lane** | : | U.S. Bankruptcy Court |
| **Cynthia Lane** | : | 900 Market Street, Courtroom #1 |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller** | : | |
| **Respondents.** | : | Related Document # 72 |

## ORDER OF COURT

AND NOW, to wit, this  12th  day of  September , 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that:

1. The terms of the foregoing Stipulation (Doc. # 80) is hereby approved.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**