United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Edwin Lane  
Cynthia Lane  
      Debtors

Case No. 15-15988-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db/jdb        +Scott Edwin Lane,    Cynthia Lane,    1756 Stony Garden Road,    Kintnersville, PA 18930-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:

          ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
          DAVID W. TIDD    on behalf of Debtor Scott Edwin Lane bankruptcy@davidtiddlaw.com  
          DAVID W. TIDD    on behalf of Joint Debtor Cynthia Lane bankruptcy@davidtiddlaw.com  
          KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                   TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 15-15988 |
| **Scott Edwin Lane AKA Scott E. Lane** | : | Chapter 13 |
| **Cynthia Lane** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | July 17, 2018 at 09:30 a.m. |
| | : | |
| **Scott Edwin Lane AKA Scott E. Lane** | : | U.S. Bankruptcy Court |
| **Cynthia Lane** | : | 900 Market Street, Courtroom #1 |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller** | : | |
| Respondents. | | Related Document # 72 |

## ORDER OF COURT

AND NOW, to wit, this 12th day of September, 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that:

1. The terms of the foregoing Stipulation (Doc. # 80) is hereby approved.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**