# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-15988-ELF

SCOTT EDWIN LANE
CYNTHIA LANE
1756 STONY GARDEN ROAD

KINTNERSVILLE, PA 18930

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SCOTT EDWIN LANE
    CYNTHIA LANE
    1756 STONY GARDEN ROAD

    KINTNERSVILLE, PA 18930

Counsel for debtor(s), by electronic notice only.

    DAVID W TIDD
    PO BOX 6643

    WYOMISSING, PA 19610-

Date: 4/8/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee