UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT EDWIN LANE  
CYNTHIA LANE

Chapter 13

Debtor

Bankruptcy No. 15-15988-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 18, 2019**

Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID W TIDD  
PO BOX 6643

WYOMISSING, PA 19610-

Debtor:  
SCOTT EDWIN LANE  
CYNTHIA LANE  
1756 STONY GARDEN ROAD

KINTNERSVILLE, PA 18930