United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15988-elf
Scott Edwin Lane                                                          Chapter 13
Cynthia Lane
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Jun 18, 2019
                               Form ID: pdf900            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Scott Edwin Lane,    Cynthia Lane,    1756 Stony Garden Road,    Kintnersville, PA 18930-9434
13583882       +Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
13583883        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13619719        JPMorgan Chase Bank, N.A. National Bankruptcy Depa,    P.O. Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
13583885        PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
13675417       +PNC Bank, National Association,     c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13583886        Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
13583887        U Promise,    P.O. Box 13337,    Philadelphia, PA 19101-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:54:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2019 02:55:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 02:56:18
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:55:54     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13633712       +E-mail/Text: bncmail@w-legal.com Jun 19 2019 02:54:59     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13583884        E-mail/Text: mrdiscen@discover.com Jun 19 2019 02:54:34     Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13588400        E-mail/Text: mrdiscen@discover.com Jun 19 2019 02:54:34     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13648868        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 02:55:55
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13604587        E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2019 02:56:43
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13636842        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 02:56:41
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13670065*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13583881      ##Cabela's Visa,    P.O. Box 82519,    Lincoln, NE 68501-2519
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia               Page 2 of 2                  Date Rcvd: Jun 18, 2019
                              Form ID: pdf900              Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID W. TIDD    on behalf of Joint Debtor Cynthia  Lane bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Debtor Scott Edwin Lane bankruptcy@davidtiddlaw.com
              KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT EDWIN LANE<br>CYNTHIA LANE | Chapter 13 |
| Debtor | Bankruptcy No. 15-15988-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: June 18, 2019**

Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID W TIDD
PO BOX 6643

WYOMISSING, PA 19610-


Debtor:
SCOTT EDWIN LANE
CYNTHIA LANE
1756 STONY GARDEN ROAD

KINTNERSVILLE, PA 18930