UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| Scott Edwin Lane and, | : | |
| Cynthia Lane, | : | |
| | : | |
| Debtors. | : | No: 15-15988-ELF |

CERTIFICATION OF NO ANSWER

    I, David W. Tidd, Esq., counsel for the Debtors, hereby certify that on July 1, 2019 an Amended Notice of Motion and Motion to Vacate Order of Dismissal was served on the following and on the attached list:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
833 Chestnut Street
Ste 500
Philadelphia, PA  19107

Scott Edwin Lane
1756 Stony Garden Road
Kintnersville, PA  18930

Cynthia Lane
1756 Stony Garden Road
Kintnersville, PA  18930

    The above-named and those on the attached list have failed to file on or before July 22, 2019, any Answer, Objection, or other responsive pleading.

                                            Respectfully Submitted,

Dated: July 29, 2019                 By:    /s/ David W. Tidd
                                                         David W. Tidd, Esq.
                                                         656 Ebersole Road
                                                         Reading, PA  19605
                                                         Phone:  610-838-8700
                                                         Fax:     610-743-8676
                                                         bankruptcy@DavidTiddLaw.com

Cabelas Visa
PO Box 82519
Lincoln, NE 68501-2519

Cerastes LLC
c/o Weinstein & Riley PS
2001 Western Ave  Ste 400
Seattle, WA 98121-3132

Chase
PO Box 15123
Wilmington, DE 19886-5123

Chase
PO Box 15153
Wilmington, DE 19850-5153

Discover
PO Box 71084
Charlotte, NC 28272-1084

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

JP Morgan Chase Bank NA NA BKY
PO Box 29505 AZI-1191
Phoenix, AZ 85038-6505

PNC Bank
PO Box 6534
Carol Stream, IL 60197-6534

PNC Bank N.A.
c/o PNC Morgage, a Div of PNC Bank
Attn:  Bankruptcy Dept
3232 Nemark Dr
Miamisburg, OH 45342-5421

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Portfolio Recovery Associates LLC
POB 41067
Norfolk, VA 23541

PRA Receivables Mgmt LLC
PO Box 41067
Norfolk, VA 23541-1067

Recovery Mgmt Systems Corp
25 SE 2nd Ave   Ste 1120
Miami, FL 33131-1605

Sears Credit Cards
PO Box 183082
Columbus, OH 43218-3082

Synchrony Bank
c/o Recovery Mgmt Systems Corp
25 SE 2nd Ave  Ste 1120
Miami, FL 33131-1605

U Promise
PO Box 13337
Philadelphia, PA 19101-3337

Worlds Foremost Bank
Cabelas Club Visa
PO BOx 82609
Lincoln, NE 68501-2609