**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| Scott Edwin Lane and | : | |
| Cynthia Lane, | : | |
| | : | |
| Debtors. | : | No: 15-15988-ELF |

# ORDER

**AND NOW**, this ___31st___ day of ___July___, 2019, upon consideration of the Debtor's Motion to Vacate Dismissal Order, and after a hearing.

**IT IS HEREBY ORDERED A** that the Motion is **DENIED** for lack of prosecution.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**