United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Edwin Lane  
Cynthia Lane  
       Debtors

Case No. 15-15988-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jul 31, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.  
db/jdb     +Scott Edwin Lane,    Cynthia Lane,    1756 Stony Garden Road,    Kintnersville, PA 18930-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association  
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       DAVID W. TIDD    on behalf of Debtor Scott Edwin Lane bankruptcy@davidtiddlaw.com,  
       debbburdick@gmail.com  
       DAVID W. TIDD    on behalf of Joint Debtor Cynthia  Lane bankruptcy@davidtiddlaw.com,  
       debbburdick@gmail.com  
       KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association  
       bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| Scott Edwin Lane and | : | |
| Cynthia Lane, | : | |
| | : | |
| Debtors. | : | No: 15-15988-ELF |

# ORDER

**AND NOW**, this  31st  day of  July , 2019, upon consideration of the Debtor's Motion to Vacate Dismissal Order, and after a hearing.

**IT IS HEREBY ORDERED A** that the Motion is **DENIED** for lack of prosecution.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**